UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDNEY, | No. 2:13-cv-2371 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| G. PHILLIPS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis in this civil rights action, has filed a "motion for clarification" of the court's January 27, 2014 order directing prison officials to deduct payments from plaintiff's inmate trust account until the filing fee for this action is paid in full. (ECF No. 15.) Plaintiff takes issue with the amounts that have been deducted from his account to date. Having reviewed the record of this action, the court finds no reason to believe that prison officials miscalculated plaintiff's payments per the January 27 order. (See ECF No. 3 at 3-4.) Moreover, it is not the court's practice to monitor prison officials' collection of the filing fees for actions initiated by inmate plaintiffs, at least in the absence of clear error.

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for clarification (ECF
2 No. 15) is denied.
3 Dated:  March 25, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

10   2 / hard2371.ord