UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDNEY, | No. 2:13-cv-2371 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| G. PHILLIPS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. By order filed February 19, 2014, the court determined that service of the complaint was appropriate for Phillips, Yang, Fernandez and Mazyek, and ordered plaintiff to provide information for service of process on these defendants. Plaintiff has filed the required papers. On April 3, 2014, the district court adopted the February 19, 2014 findings and recommendations dismissing two defendants. Typically the undersigned would order service on the remaining three defendants at this time.

However, plaintiff recently filed a First Amended Complaint that appears largely duplicative of the original complaint (ECF No. 16). Plaintiff may amend his complaint once as a matter of right before service of a responsive pleading by defendants. Fed. R. Civ. P. 15(a). An

1

amended complaint supersedes prior complaints. <u>Forsyth v. Humana, Inc.</u>, 114 F.3d 1467, 1474 (9th Cir. 1997); <u>King v. Atiyeh</u>, 814 F.2d 565, 567 (9th Cir. 1987).  Plaintiff will be granted fourteen days to inform the court whether he wishes to (1) proceed with service of the original complaint on defendants, or (2) abandon the original complaint in favor of the First Amended Complaint, which the court will proceed to screen.

Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this order, plaintiff will inform the court whether he wishes to proceed with service of the original complaint or stand on the First Amended Complaint.

Dated: April 23, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / hard2371.amend