UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDNEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. PHILLIPS, et al.,<br><br>　　　　　Defendants. | No. 2:13-cv-2371 TLN CKD P<br><br><br><br>ORDER |

　　　　Plaintiff seeks mediation of this pro se prisoner civil rights action. (ECF No. 44.) Defendants have had the opportunity to depose plaintiff. (<u>See</u> ECF No. 46.)

　　　　During the entire week of June 1, 2015, the Eastern District of California, Fresno and Sacramento Divisions, is hosting Settlement Week, during which judges will conduct settlement conferences. Based on plaintiff's request, this case has been identified as potentially appropriate for referral to Settlement Week.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's motion for referral to mediation (ECF No. 44) is granted as follows:

　　　　2. The parties shall, within 30 days from the date of this order, inform the court's Alternative Dispute Resolution (ADR) division, in writing, if they believe a settlement conference

would be beneficial, at the following address, fax number, or email address:

    ADR Division

    Attention: Sujean Park

    U.S. District Court

    501 I Street, Suite 4-200

    Sacramento, CA 95814

    Fax: (916) 491-3912

    Email: spark@caed.uscourts.gov

Dated:  February 23, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / hard2371.sw