IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOHN HARDNEY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>G. PHILLIPS, et al.,<br><br>　　　　　　　Defendants. | No. 2:13-cv-2371 TLN CKD P<br><br>ORDER |

Good cause appearing, Defendants' request to seal CDCR training materials on the use of O.C. spray, in the most recent version that existed as of December 2012, is GRANTED.

Dated: June 4, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE