1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN HARDNEY,                         No.  2:13-cv-2371 TLN CKD P

12            Plaintiff,

13        v.                               ORDER

14   G. PHILLIPS, et al.,

15            Defendants.

16

17        Defendants in this pro se prisoner action pursuant to 42 U.S.C. § 1983 have filed a motion

18   for summary judgment.  (ECF No. 56.)  Plaintiff has filed an opposition (ECF No. 60), and

19   defendants have filed a reply (ECF No. 62).

20        On May 4, 2015, plaintiff's motion to compel disclosure of certain documents was

21   partially granted (ECF No. 59), and plaintiff has had the opportunity to review those documents

22   subject to a protective order (ECF Nos. 66 & 67).  The court will permit plaintiff to file a

23   supplemental opposition to summary judgment, not to exceed 10 pages, addressing the materials

24   he reviewed pursuant to the June 10, 2015 protective order.

25        Because these materials are under seal for security reasons (ECF No. 63; see also ECF No.

26   66), plaintiff should indicate in the caption of his supplemental brief that it is to be filed under

27   seal and include a copy of the instant order.

28   ////

1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1.  No later than thirty days from the date of this order, plaintiff may file a supplemental

3 opposition to summary judgment, not to exceed 10 pages, addressing the materials he reviewed

4 pursuant to the June 10, 2015 protective order;

5      2.  Plaintiff shall indicate in the caption of his brief that it is to be filed under seal and

6 include a copy of the instant order; and

7      3.  The Clerk of Court is directed to file plaintiff's supplemental brief under seal, as it

8 concerns sealed materials per ECF No. 63.

9 Dated:  July 31, 2015

                          CAROLYN K. DELANEY
                          UNITED STATES MAGISTRATE JUDGE

2 / hard2371.supp

2